**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

LATONYA PRITCHETT,                    *
                                      *
        Plaintiff,                    *
                                      *
vs.                                   *   CIVIL ACTION NO. 19-00652-B
                                      *
ANDREW M. SAUL,                       *
Commissioner of Social                *
Security,                             *
                                      *
        Defendant.                    *

<u>ORDER</u>

This matter is before the Court on Plaintiff Latonya Pritchett's motion for permission to appeal *in forma pauperis* (Doc. 25).  Upon review of Plaintiff's motion, the Court finds that additional information regarding Plaintiff's assets and income is needed in order to determine whether she should be permitted to appeal *in forma pauperis*.

Accordingly, Plaintiff is ordered to file, by **June 4, 2021**, a statement, signed under penalty of perjury, specifying whether she received federal Economic Impact Payments for herself <u>and</u> any dependents in the past six (6) months.[1]  To the extent Plaintiff received any such payments, for each payment, she shall list the date of the payment and the amount received.

---

[1] This timeframe encompasses the second and third rounds of federal Economic Impact Payments.

**ORDERED** this **28th** day of **May, 2021.**

/s/ SONJA F. BIVINS
_____
**UNITED STATES MAGISTRATE JUDGE**